

FILED
CLERK, U.S. DISTRICT COURT

1/14/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MMC_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>MICHAEL THOMAS,<br><br>             Defendant. | ED CR No.  5:25-CR-00006-SSS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2250(a): Failure to Register as a Sex Offender] |

     The Grand Jury charges:

                    [18 U.S.C. § 2250(a)]

     Beginning on a date unknown to the Grand Jury, and continuing through at least on or about November 7, 2024, in San Bernardino County, within the Central District of California, and elsewhere, defendant MICHAEL THOMAS, an individual who was required to register pursuant to the Sex Offender Registration and Notification Act ("SORNA"), as a result of being convicted of Possessing Material Involving Sexual Exploitation of a Minor, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2), on or about April 9, 2019, in the Northern District of Georgia, Case Number 1:18-

CR-172-LMM, and having, after said conviction, traveled in interstate and foreign commerce, knowingly failed to register as a sex offender as required by SORNA.

                                        A TRUE BILL


                                        /S/_____
                                        Foreperson


E. MARTIN ESTRADA
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division


FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes
Section

SOPHIA A. CARRILLO
Assistant United States Attorney
General Crimes Section